ORIGINAL
FILED
07 DEC -4 AM 11: 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER,
     LaVOIE & STEINHEIMER, LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Telephone:  (916) 283-8820
   Facsimile:  (916) 283-8821
5
6  Attorneys for Defendant CAVALRY INVESTMENTS, LLC

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                                          '07 CV 2274 IEG (WMC)

11  JAMES M. KINDER,                        CASE NO:
                                            San Diego County Case No:
12         Plaintiff,                       37-2007-00073301-CU-MC-CTL

13  v.                                      NOTICE OF REMOVAL OF ACTION
                                            UNDER 28 USC § 1441(b) (FEDERAL
14  CAVALRY INVESTMENTS, LLC dba            QUESTION)
    CAVALRY PORTFOLIO SERVICES and DOES
15  1 through 100, inclusive,

16         Defendant.                       BY FAX

17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19         PLEASE TAKE NOTICE that defendant CAVALRY INVESTMENTS, LLC, hereby removes

20  to this Court the state court action described below:

21         1.   On August 14, 2007, an action was commenced in Superior Court, State of California,

22  County of San Diego, entitled JAMES M. KINDER, Plaintiff, v. CAVALRY INVESTMENTS, LLC

23  dba CAVALRY PORTFOLIO SERVICES, Defendant, as case number 37-2007-00073301-CU-MC-

24  CTL.

25         2.   On or about November 6, 2007, CAVALRY INVESTMENTS, LLC received the

26  Summons and Complaint, attached hereto as **Exhibit A**.

27         3.   This Court has jurisdiction to hear this case because this action is a civil action of which

28  this Court has original jurisdiction under **28 U.S.C. § 1331**, and is one which may be removed to this

Court by defendant pursuant to the provisions of **28 U.S.C. § 1441(b)** in that it arises under the federal Telephone Consumer Protection Act (**47 U.S.C. § 227**).

Dated: December 3, 2007

        ELLIS, COLEMAN, POIRIER, LaVOIE
        & STEINHEIMER, LLP

By _____
    June D. Coleman
    Attorneys for Defendant
    CAVALRY INVESTMENTS, LLC

CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200, Sacramento, CA 95825.

On December 3, 2007, I served the following document(s) on the parties in the within action:

**NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(b) (FEDERAL QUESTION)**

| | |
|---|---|
| X | BY MAIL: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | BY HAND: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | VIA FACSIMILE: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | VIA OVERNIGHT SERVICE: The above-described document(s) will be delivered by overnight service, to the following: |

Chad Austin                         Attorney for Plaintiff
Attorney at Law                     JAMES M. KINDER
3129 India Street
San Diego, CA 92103

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 3, 2007.

By /s/ Jennifer E. Mueller

15/09 2007 13:35 FAX  619 295 1401        CHAD AUSTIN ESQ                            ☐003/008

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Cavalry Investments, LLC dba Cavalry Portfolio Services and Does 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
James M. Kinder

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Diego Superior Court
330 W. Broadway
San Diego, CA 92101
Central Division

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Chad Austin, Esq.                                          619-297-8888   F 619-295-1401
3129 India St.
San Diego, CA 92103-6014
SBN 235457

DATE:                                     Clerk, by _____, Deputy
*(Fecha)*                                  *(Secretario)*                         *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

**EXHIBIT A**

15/09 2007 13:35 FAX  619 295 1401          CHAD AUSTIN ESQ                     ☒005/008

1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| v. | Violations of Telephone Consumer Protection Act of 1991 |
| CAVALRY INVESTMENTS, LLC dba CAVALRY PORTFOLIO SERVICES and and DOES 1 through 100, inclusive, | |
| Defendants. | |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1. Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2. Defendant CAVALRY INVESTMENTS, LLC dba CAVALRY PORTFOLIO SERVICES (hereinafter referred to as "Defendant"), was at all times herein mentioned a Delaware Limited Liability Company, doing business in the County of San Diego, State of California.

3. Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

-1-

1  Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants
2  is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as
3  herein alleged were proximately caused by their conduct.
4      4.    At all times herein mentioned each defendant was the partner, agent and employee
5  of each co-defendant herein and was at all times acting within the scope of such partnership, agency
6  and employment and each defendant ratified the conduct of each co-defendant herein.

### FIRST AND ONLY CAUSE OF ACTION
[Violation of Telephone Consumer Protection Act of 1991]

9      5.    Plaintiff realleges paragraphs 1 through 4 above and incorporates them herein by
10 reference.
11     6.    Plaintiff is bringing this action pursuant to the provisions of the Telephone Consumer
12 Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").
13     7.    Subdivision (b) (1) (A) (iii) of Section 227 of Title 47 of the United States Code
14 makes it unlawful for any person to "Make any call (other than a call made for emergency purposes
15 or made with the prior express consent of the called party) using any automatic telephone dialing
16 system or an artificial or prerecorded voice...to any telephone number assigned to a paging service,
17 specialized mobile radio service, or other radio common carrier service, or any service for which the
18 called party is charged for the call."
19     8.    Defendants have been calling Plaintiff's number assigned to a paging service, using
20 an Automatic Telephone Dialing System and/or an artificial or prerecorded voice on at least 45
21 occasions within the statutory period of the last 4 years, pursuant to 47 U.S.C. § 1658. These 45
22 calls are only the calls known to Plaintiff at this time and Plaintiff states on information and belief,
23 without yet having the aid of full discovery, that it is quite likely that Defendant has made many
24 more violative calls to Plaintiff's number assigned to a paging service than the 45 of which he is
25 currently aware.
26     9.    Subdivision (b) (1) of Section 64.1200 of Title 47 of the Code of Federal
27 Regulations requires that all prerecorded telephone messages disseminated within the United States
28 must "At the beginning of the message, state clearly the identity of the business, individual, or other

1 entity that is responsible for initiating the call. If a business is responsible for initiating the call, the name under which the entity is registered to conduct business with the State Corporation Commission (or comparable regulatory authority) must be stated."

10. All 45 of Defendants' known illegal prerecorded message calls failed to comply with this requirement.

11. Subdivision (b) (2) of Section 64.1200 of Title 47 of the Code of Federal Regulations requires that all prerecorded telephone messages disseminated within the United States must "state clearly the telephone number (other than that of the autodialer or prerecorded message player that placed the call) of such business, other entity, or individual. The telephone number may not be a 900 number or any number for which charges exceed local or long distance transmission charges. For telemarketing messages to residential telephone subscribers, such telephone numbers must permit any individual to make a do-not-call request during regular business hours for the duration of the telemarketing campaign."

12. Three (3) of Defendants' 45 known illegal prerecorded message calls failed to comply with this requirement.

13. Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a private right of action in state court for violations of 47 U.S.C. §227 (b) (1) (A) (iii), 47 C.F.R. §64.1200 (b) (1) and 47 C.F.R. §64.1200 (b) (2). Plaintiff is entitled to a minimum of $500.00 in statutory damages for each such violation. If the court finds that defendants' violations were willful or knowing, it may, in its discretion, award up to three times that amount.

WHEREFORE Plaintiff prays for judgment against defendants, and each of them, as follows:

On the FIRST AND ONLY CAUSE OF ACTION:

1. For an award of $500.00 for each violation of 47 U.S.C. §227 and 47 C.F.R. § 64.1200;
2. For an award of $1,500.00 for each such violation found to have been willful;
3. For costs of suit herein incurred; and

///
///

-3-

1    4.   For such other and further relief as the Court deems proper.

2   Dated: August          , 2007

3

4

5                                                      By:_____
                                                           CHAD AUSTIN, Esq.
6                                                          Attorney for Plaintiff JAMES M.
                                                           KINDER
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

```
            UNITED STATES
            DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

            # 145076      - BH

           December 04, 2007
                11:25:21

            Civ Fil Non-Pris
    USAO #.: 07CV2274 CIVIL FILING
    Judge..: IRMA E GONZALEZ
    Amount.:              $350.00 CK
    Check#.: BC# D3005671


            Total-> $350.00


    FROM: KINDER V. CAVALRY INVESTMENTS
          CIVIL FILING
```

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
James M. Kinder

**DEFENDANTS**
Cavalry Investments, LLC

FILED
'07 CV 2274 IEG (WMC)
07 DEC -4 AM 9:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DEPUTY

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Chad Austin
Attorney at Law
3129 India Street
San Diego, CA 92103
(619) 297-8888

**ATTORNEYS (IF KNOWN)**
June D. Coleman
Ellis, Coleman, Poirier, LaVoie & Steinheimer, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
(916) 283-8820

BY FAX

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 330 Federal Employers' Liability | | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | LABOR | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | | | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 720 Labor/Mgmt. Relations | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | HABEAS CORPUS: | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [X] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [X] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** 2,000 for each class member   CHECK YES only if demanded in complaint: **JURY DEMAND:** [X] YES  [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions) JUDGE _____ Docket Number _____

DATE: December 3, 2007

SIGNATURE OF ATTORNEY OF RECORD: June D. Coleman

PAID $350 12/4/07 BH RCPT# 145076

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200, Sacramento, CA 95825.

On December 3, 2007, I served the following document(s) on the parties in the within action:

## CIVIL COVER SHEET

| | |
|---|---|
| X | BY MAIL: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | BY HAND: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | VIA FACSIMILE: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | VIA OVERNIGHT SERVICE: The above-described document(s) will be delivered by overnight service, to the following: |

Chad Austin                              Attorney for Plaintiff
Attorney at Law                          JAMES M. KINDER
3129 India Street
San Diego, CA  92103

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 3, 2007.

By _____
Jennifer E. Mueller