ORIGINAL
FILED
07 DEC -4 AM 11:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER,
     LaVOIE & STEINHEIMER, LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Telephone:  (916) 283-8820
   Facsimile:  (916) 283-8821
5
   Attorneys for Defendant CAVALRY INVESTMENTS, LLC
6

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'07CV 2274 IEG (WMC)

JAMES M. KINDER,

   Plaintiff,

v.

CAVALRY INVESTMENTS, LLC dba
CAVALRY PORTFOLIO SERVICES and DOES
1 through 100, inclusive,

   Defendant.

CASE NO:
San Diego County Case No:
37-2007-00073301-CU-MC-CTL

**DEMAND FOR JURY TRIAL**

BY FAX

Defendant CAVALRY INVESTMENTS, LLC hereby demands a jury trial in this matter.

Dated: December 3, 2007

ELLIS, COLEMAN, POIRIER, LaVOIE
  & STEINHEIMER, LLP

By _____
   June D. Coleman
   Attorneys for Defendant
   CAVALRY INVESTMENTS, LLC

- 1 -

DEMAND FOR JURY TRIAL

CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200, Sacramento, CA 95825.

On December 3, 2007, I served the following document(s) on the parties in the within action:

**DEMAND FOR JURY TRIAL**

| | |
|---|---|
| X | BY MAIL: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | BY HAND: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | VIA FACSIMILE: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | VIA OVERNIGHT SERVICE: The above-described document(s) will be delivered by overnight service, to the following: |

Chad Austin                                   Attorney for Plaintiff
Attorney at Law                               JAMES M. KINDER
3129 India Street
San Diego, CA  92103

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 3, 2007.

By /s/ Jennifer E. Mueller

- 2 -

DEMAND FOR JURY TRIAL