ORIGINAL

FILED
07 DEC -4 AM 11: 26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER,
     LaVOIE & STEINHEIMER, LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA 95825
4  Telephone:  (916) 283-8820
   Facsimile:  (916) 283-8821
5
   Attorneys for Defendant CAVALRY INVESTMENTS, LLC
6

7
                UNITED STATES DISTRICT COURT
8
            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

'07 CV 2274 IEG (WMC)

| | |
|---|---|
| JAMES M. KINDER,<br><br>    Plaintiff,<br><br>v.<br><br>CAVALRY INVESTMENTS, LLC dba CAVALRY PORTFOLIO SERVICES and DOES 1 through 100, inclusive,<br><br>    Defendant. | CASE NO:<br>San Diego County Case No:<br>37-2007-00073301-CU-MC-CTL<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**BY FAX** |

- 1 -
**NOTICE OF INTERESTED PARTIES**

The undersigned, counsel of record for Defendant CAVALRY INVESTMENTS, LLC, certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. JAMES M. KINDER, Plaintiff

2. CAVALRY INVESTMENTS, LLC, Defendant.

Dated: December 3, 2007

                                        ELLIS, COLEMAN, POIRIER, LaVOIE  
                                          & STEINHEIMER, LLP

                                      By _____  
                                               June D. Coleman  
                                             Attorneys for Defendant  
                                             CAVALRY INVESTMENTS, LLC

**NOTICE OF INTERESTED PARTIES**

CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200, Sacramento, CA 95825.

On December 3, 2007, I served the following document(s) on the parties in the within action:

**NOTICE OF INTERESTED PARTIES**

| | |
|---|---|
| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

Chad Austin            Attorney for Plaintiff
Attorney at Law         JAMES M. KINDER
3129 India Street
San Diego, CA 92103

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on December 3, 2007.

By: _____
Jennifer E. Mueller

**NOTICE OF INTERESTED PARTIES**