# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KINDER,<br><br>                            Plaintiff,<br>  vs.<br>CAVALRY INVESTMENTS, LLC,<br><br>                           Defendant. | CASE NO. 07cv2274-IEG (WMc)<br><br>ORDER TELEPHONIC EARLY NEUTRAL EVALUATION |

An Early Neutral Evaluation Conference ("ENE") is currently scheduled for January 30, 2008, at 2:00 p.m. After reviewing the status of the related cases, the Court will conduct the TELEPHONICALLY. All counsel must participate. Parties are not required to participate. <u>COUNSEL FOR **PLAINTIFF** IS INSTRUCTED TO INITIATE THE CALL BY FIRST TELEPHONING OPPOSING COUNSEL AND THEN TELEPHONING THE COURT AT 619-557-6624</u>.

IT SO ORDERED.

DATED: January 10, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court