1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff, JAMES M. KINDER, an individual

5

6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 JAMES M. KINDER,                    )  Case No. 07 CV 2274 IEG (WMc)
                                       )
12         Plaintiff,                  )  Judge:      Hon. Irma E. Gonzalez
                                       )  Mag. Judge: Hon. William McCurine, Jr.
13                                     )
                                       )  **PLAINTIFF JAMES M. KINDER'S**
14 v.                                  )  **NOTICE OF MOTION; MOTION TO**
                                       )  **REMAND**
15 CAVALRY INVESTMENTS, LLC dba        )
   CAVALRY PORTFOLIO SERVICES and      )
16 DOES 1 through 100, inclusive,      )  Date:  March 17, 2008
                                       )  Time:  10:30 a.m.
17         Defendants.                 )  Place: Courtroom 1
   _____)

18     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE

19 TAKE NOTICE THAT on March 17, 2008 at 10:30 a.m., or as soon thereafter as counsel may be

20

21 heard by the above-entitled court, located at 940 Front Street, San Diego, California 92101,

22 Courtroom 1, Plaintiff JAMES M. KINDER will and hereby does move this Court for Remand

23 of this case to the San Diego Superior Court, Central Division.

24 / / /

25 / / /

26

27                                     1
                                              CASE NO. 07 CV 2274 IEG (WMc)
28

1  Plaintiff's Motion is based on this Notice of Motion and Motion, the accompanying
2  Memorandum of Points and Authorities in Support Thereof, the pleadings and papers on file
3  herein and other such matters as may be presented to the Court at the time of the hearing.
4  DATED: January 23, 2008
5
6  By: /s/ Chad Austin
   CHAD AUSTIN, Esq., Attorney for
7  Plaintiff, JAMES M. KINDER
   Email: chadaustin@cox.net
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                           2
28                                                    CASE NO. 07 CV 2274 IEG (WMc)