1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8
                       UNITED STATES DISTRICT COURT
9
                     SOUTHERN DISTRICT OF CALIFORNIA
10

11

12  JAMES M. KINDER,                    ) CASE NO. 07 CV 2274 IEG (WMc)
                                        )
13              Plaintiff,              ) PROOF OF SERVICE
                                        )
14  v.                                  )
                                        )
15  CAVALRY INVESTMENTS, LLC dba        )
    CAVALRY PORTFOLIO SERVICES and      )
16  DOES 1 through 100, inclusive,      )
                                        )
17              Defendants.             )
    _____)

18       I, the undersigned, declare that:

19

20       I am over the age of 18 years and not a party to this case; I am employed in and am a resident

21  of the County of San Diego, State of California, where the within service occurred, and my business

22  address is 3129 India St., San Diego, California 92103-6014.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                                                              PROOF OF SERVICE

I caused to be served on **January 23, 2008**, the following documents:

**NOTICE OF MOTION; MOTION TO REMAND;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND**

on the interested parties in this action through their attorneys, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server:

JUNE D. COLEMAN
ELLIS, COLEMAN, POIRIER, LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, California 95825
(916) 283-8820 - Telephone
(916) 283-8821 - Facsimile

ATTORNEYS FOR DEFENDANT CAVALRY INVESTMENTS, LLC

I declare under penalty of perjury, under the laws of the State of California and the laws of the United States, that the foregoing is true and correct and that this declaration was executed on January 23, 2008 at San Diego, California.

By: /s/ Chad Austin
CHAD AUSTIN, Esq.
Attorney for Plaintiff, James M. Kinder
Email: chadaustin@cox.net