```
 1  Mark E. Ellis - 127159
    June D. Coleman – 191890
 2  David B. Leas – 238326
    ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
 3  555 University Avenue, Suite 200 East
    Sacramento, CA 95825
 4  Tel: (916) 283-8820
    Fax: (916) 283-8821
 5
    Attorneys for
 6  CALVARY INVESTMENTS, LLC
 7
 8                    UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| James M. Kinder,<br><br>    Plaintiff,<br><br>v.<br><br>Cavalry Investments, LLC dba Cavalry Portfolio Services,<br><br>    Defendant. | Case No.: 07CV2274 IEG (WMC)<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE;** ~~PROPOSED ORDER~~ |

Plaintiff has filed a motion to remand this action, which Defendant intends to oppose. The motion is set to be heard on March 17, 2008. In light of the pending motion, the parties hereby agree and request that the Court continue the Early Neutral Evaluation Conference, currently set for January 30, 2008, until after the Court is able to rule on Plaintiff's motion.

Dated: January 24, 2008

By _____
David B. Leas
Attorney for
CALVARY INVESTMENTS, LLC

By _____
Chad Austin
Attorney for
PLAINTIFF, JAMES M. KINDER.

//
//

- 1 -

STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE