# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KINDER,<br><br>                              Plaintiff,<br>  vs.<br><br>CAVALRY INVESTMENTS, LLC, et all.,<br><br>                              Defendant. | CASE NO. 07cv2274-IEG (WMc)<br><br>ORDER DENYING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE |

On January 24, 2008, the parties filed a Joint Motion (Stipulation) to Continue Early Neutral Evaluation Conference ("ENE"). The parties' request is DENIED. See Local Rule 16.5 l.6. The telephonic ENE will go forward as scheduled.

IT IS SO ORDERED.

DATED: January 25, 2008

                                              _/s/ W. McCurine Jr._
                                              Hon. William McCurine, Jr.
                                              U.S. Magistrate Judge
                                              United States District Court