# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. 07cv2274 |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO REMAND |
| vs. | |
| CAVALRY INVESTMENTS, LLC, | |
| Defendant. | |

Presently before the Court is plaintiff James M. Kinder's motion to remand. (Doc. No. 8.) Defendant has filed a statement of non-opposition. (Doc. No. 13.) The Court hereby GRANTS plaintiff's unopposed motion and REMANDS the case to the Superior Court of California, County of San Diego, thereby terminating this case.

**IT IS SO ORDERED.**

**DATED: March 4, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

07cv2274